Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. CR06-5216RBL |
| ) | |
| vs. ) | ORDER ON DEFENDANT'S |
| ) | MOTION TO SEAL |
| MATTHEW PEASLEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter having come on regularly before this court upon the motion of the defendant for a motion to seal the psychosexual evaluation prepared by Vincent Gollogly, Ph.D. regarding Matthew Peasley; the court being fully advised in the premises, it is therefore,

ORDERED, ADJUDGED AND DECREED that the defendant's motion be and the same is hereby granted. It is further

*****

*****

*****

*****

*****

*****

ORDER ON DEFENDANT'S
MOTION TO SEAL - 1

LAW OFFICES OF
**MONTE E. HESTER, INC., P.S.**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

ORDERED, ADJUDGED AND DECREED that the psychosexual evaluation prepared by Dr. Vincent Gollogly shall be sealed.

IT IS SO ORDERED.

DONE IN OPEN COURT this 23rd day of February, 2007.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

LAW OFFICES OF MONTE E. HESTER, INC., P.S.
Attorneys for Matthew Peasley

By: ___/s/_____
      Brett A. Purtzer

ORDER ON DEFENDANT'S
MOTION TO SEAL - 2

LAW OFFICES OF
**MONTE E. HESTER, INC., P.S.**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157